UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:21-CR-430 |
| | ) | |
| | ) | |
| RAPHAEL OGUNSUSI , | ) | |
|     Defendant. | ) | |

_____

UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW the defendant, Raphael Ogunsusi, by and through undersigned counsel and moves to continue sentencing in the above-mentioned case to allow Mr. Ogunsusi to undergo medical treatment. In support thereof Mr. Ogunsusi shows the following:

1.

This case is currently set for sentencing on November 14, 2023.

2.

Mr. Ogunsusi, a 71 year old man, has been battling prostate cancer, in addition to a litany of other medical issues, for over a year. He is under the care of a doctor and receiving ongoing treatment.[1]

3.

The government aware of Mr. Ogunsusi's diagnosis approximately one year ago. At the time, undersigned counsel was waiting to determine Mr. Ogunsusi's course of treatment as we approached sentencing in this matter.

4.

At this point, Mr. Ogunsusi's treatment for prostate cancer is intensifying. He is scheduled to undergo surgery on December 14, 2023.

5.

Undersigned counsel has conferred with Assistant United States Attorney David O'Neal regarding this request and he indicated that he has not objection to a continuance.

6.

At this time, Mr. Ogunsusi is requesting a continuance to allow him to undergo and recover from his surgery scheduled for December 14, 2023.

---

[1] To avoid publicly filing Mr. Ogunsusi's medical records, undersigned counsel can directly provide this Court with medical documentation of all information referenced in this motion.

Therefore, Mr. Ogunsusi respectfully requests that this Unopposed Motion for Continuance of Sentencing be granted.

Respectfully submitted,

*s/Marissa Goldberg*
MARISSA GOLDBERG
Georgia Bar No. 672798
The Findling Law Firm, P.C.
The Towers at Piedmont Center
3575 Piedmont Rd, NE
Tower 15, Suite 1010
Atlanta, Georgia 30305
Office (404) 460-4500

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion:

**MOTION TO CONTINUE SENTENCING**

Was served upon opposing counsel:

Assistant United States Attorney David O'Neal

By ECF Filing.

Dated: November 9, 2023

                                                s/Marissa Goldberg
                                                MARISSA GOLDBERG
                                                Georgia Bar No. 672798